DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
THOMAS J. TARKOFF, State Bar #160994
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3962 [Tarkoff]
Telephone:    (415) 554-4256 [Bearman]
Facsimile:    (415) 554-3837
E-Mail:    tom.tarkoff@sfcityatty.org
E-Mail:    kate.bearman@sfcityatty.org

Attorneys for Defendants
ROBERT GLENN, JACQUELINE HERNANDEZ,
and KAYLIN STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROSAS, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROBERT GLENN, in his individual capacity as a police officer for the SAN FRANCISCO Police Department; JACQUELINE HERNANDEZ in her individual capacity as a police officer for the SAN FRANCISCO Po1ice Department; KAYLIN STEWART in her individual capacity as a police officer for the SAN FRANCISCO Police Department; and DOES 1-50, inclusive.,<br><br>        Defendants. | Case No. 3:23-CV-04913-SK<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF SAMUEL ROSAS'S SECOND CAUSE OF ACTION; ORDER**<br><br>Trial Date:        April 7, 2026 |

IT IS HEREBY STIPULATED by and between Plaintiff SAMUEL ROSAS and Defendants

ROBERT GLENN, JACQUELINE HERNANDEZ AND KAYLIN STEWART (now Kaylin

Orlando), through their respective counsel, that the second cause of action in Plaintiff's Complaint

(ECF No. 1) in the above-captioned action (unlawful seizure—lack of probable cause/reasonable

suspicion in violation of the Fourth Amendment of the U.S. Constitution, asserted under 42 U.S.C. § 1983 against Defendants GLENN, HERNANDEZ, STEWART and Does 1-25) be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Plaintiff ROSAS and Defendants GLENN, HERNANDEZ, and STEWART are to bear their own costs of suit and attorney's fees in connection with the second cause of action.

All parties who have appeared in this matter join in the stipulation.

DATE: February 26, 2026

> DAVID CHIU
> City Attorney
> JENNIFER E. CHOI
> Chief Trial Deputy
> THOMAS J. TARKOFF
> KATHERINE B. BEARMAN
> Deputy City Attorneys
>
>
> By: */s/ Thomas J. Tarkoff*
>      THOMAS J. TARKOFF
>
> Attorneys for Defendants
> ROBERT GLENN, JACQUELINE HERNANDEZ,
> and KAYLIN STEWART

DATE: February 26, 2026

> POINTER & BUELNA, LLP
>
>
> By: */s/ Patrick M. Buelna*
>      ADANTE POINTER
>      PATRICK M. BUELNA
>      ANGEL M. ALEXANDER
>
> Attorneys for Plaintiff
> SAMUEL ROSAS
>
>
> **I, Thomas J. Tarkoff, am the ECF user whose identification and password are used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these document(s) has been obtained from each of its signatories.*

Stipulation to Dismiss 2nd Cause of Action         2
Case No. 23-CV-04913-SK

4934-1614-1963, v. 1

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is ordered that the second cause of action in Plaintiff's Complaint (ECF No. 1) in the above-captioned action (unlawful seizure—lack of probable cause/reasonable suspicion in violation of the Fourth Amendment of the U.S. Constitution, asserted under 42 U.S.C. § 1983 against Defendants GLENN, HERNANDEZ, STEWART and Does 1-25) be and hereby is dismissed with prejudice.

Plaintiff ROSAS and Defendants GLENN, HERNANDEZ, and STEWART are to bear their own costs of suit and attorney's fees in connection with the second cause of action.

**IT IS SO ORDERED.**

DATED: March 2, 2026

_____
HONORABLE SALLIE KIM
Magistrate Judge

Stipulation to Dismiss 2nd Cause of Action          3
Case No. 23-CV-04913-SK

4934-1614-1963, v. 1